# File Hashes for IP Address 68.55.209.81

**ISP:** Comcast Cable
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/23/2014 23:31:13 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 04/07/2014 23:06:42 | 11DC8E62F5E0B0DE28F7015E412663FDA0AA993C | Unbelievably Beautiful |
| 03/15/2014 18:16:38 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 02/08/2014 03:50:07 | E235F64765142212FD8C3C2CF7F4D77D354629ED | Blindfold Me Part #2 |
| 01/17/2014 23:49:57 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 01/15/2014 03:07:11 | D54707E12C75DA136AF89026A733513B521D24AD | Made for Each Other |
| 01/08/2014 02:08:34 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 12/28/2013 14:31:59 | EC853A17F815F3649D54C835563A5FFF180A774F | Transcendence |
| 12/24/2013 18:27:04 | 5367E0598CBC2F58064EE0FC4DB641D2A00947F9 | The Journey |
| 12/18/2013 23:16:59 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 12/10/2013 01:15:42 | EDEF9BDAC230C7D236B811112B61E3246ED98632 | Good Night Kiss |
| 11/20/2013 04:04:31 | EB84EA53E74BC79A04865A27BA62404141454390 | Warm Inside |
| 11/20/2013 03:26:46 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |
| 11/20/2013 03:10:03 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 11/20/2013 02:57:47 | 0C67AD2D1B7BE7AA62FB45BE65534C6BD2E4B723 | Clean and Wet |
| 11/15/2013 12:05:49 | 9B69FA926B10031A5E238EECDE29C47F1D56CDEB | Lovers at Home |
| 11/15/2013 12:01:02 | 2C5F833FB38D4CCA307E1D5C57615AB1C8BBB68A | First and Forever |
| 11/04/2013 22:39:37 | EDAA86BD163BBDF8A02913FC535C0BC778CE65D4 | In Charge |
| 10/13/2013 18:36:05 | 2C8A7466BC29E20CE3A85A781576E5B964E7E54C | They Meet Again |
| 08/30/2013 20:23:50 | 7E8071EBECF0F0FE50AE2EAD0E1CE24E29E865C1 | Getting Down |
| 08/30/2013 20:02:01 | 7BCB2187D649FEA10D210B4FE4B9A1438417C207 | Stay for a While |
| 08/30/2013 20:00:02 | D88B4C89C6AF183E648968833DB35747519C31D9 | Sneaking In |

EXHIBIT A

EVA14

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/26/2013 22:17:28 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 07/26/2013 02:02:15 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 06/17/2013 03:02:55 | 01C3F5A9A648D925AA5B58D183DCFD1B94AE481B | Meet Me in Madrid |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

EVA14

Copyrights-In-Suit for IP Address 68.55.209.81

**ISP:** Comcast Cable
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 02/08/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 11/20/2013 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 07/26/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 11/15/2013 |
| Getting Down | PA0001838601 | 04/25/2013 | 05/14/2013 | 08/30/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/10/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 11/20/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/15/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 11/04/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/08/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 04/23/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/20/2013 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/15/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 01/15/2014 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 06/17/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/17/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/18/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/26/2013 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/30/2013 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 08/30/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 12/24/2013 |

EXHIBIT B

EVA14

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/13/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 12/28/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 04/07/2014 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 11/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 25**